IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | On or about: July 30, 2018 |
| Date of Expiration of Patent: | Patent No. 8,147,866: July 23, 2027 |
| | Patent No. 9,655,843: July 23, 2027 |
| | Patent No. 9,901,539: December 21, 2032 |
| Thirty Month Stay Deadline: | On or about: January 30, 2021 |

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Jeremy A. Tigan*

          Jack B. Blumenfeld (#1014)
          Jeremy A. Tigan (#5239)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          jtigan@mnat.com
             *Attorneys for Plaintiffs*

OF COUNSEL:

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700

Jennifer S. Swan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6600

Howard W. Levine
Courtney B. Casp
Thomas J. Sullivan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

September 7, 2018
12181946