# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC., <br><br> *Defendants*. | C.A. No. 18-1395-CFC-CJB |
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | C.A. No. 19-444-CFC-CJB |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING EXPERT DISCOVERY DEADLINES**

Plaintiffs and Defendants, subject to the approval of the Court, hereby stipulate and agree that the following expert discovery deadlines be amended as follows:

| Deadline[1] | Current[2] | New |
|---|---|---|
| **Opening expert reports** | April 24, 2020 | May 1, 2020 |
| **Rebuttal expert reports** | May 22, 2020 | May 29, 2020 |
| **Reply expert reports** | June 19, 2020 | June 26, 2020 |

The parties each reserve their rights to seek further relief from the Court regarding the schedules in the above-captioned cases.

Dated: April 23, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (No. 3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorney for Alvogen Pb Research & Development LLC, Alvogen Malta Operations Ltd., Alvogen Pine Brook LLC, Alvogen, Inc., and Alvogen Group, Inc.*

---

[1] For the *Chemo* action (C.A. No. 19-444), these expert report deadlines pertain to invalidity issues only. Trial concerning invalidity issues in the *Chemo* action is scheduled to begin on September 21, 2020 in coordination with the *Alvogen* action (C.A. No. 18-1395). D.I. 39 ¶ 24 in C.A. No. 19-444.

[2] *See* D.I. 126 & 136 in C.A. No. 18-1395; D.I. 193 ¶ 3, D.I. 167, & D.I. 237 in C.A. No. 19-444.

                                    YOUNG CONAWAY STARGATT
                                    & TAYLOR, LLP

                                    */s/ Samantha G. Wilson*
                                    Anne Shea Gaza (No. 4093)
                                    Samantha G. Wilson (No. 5816)
                                    Rodney Square
                                    1000 North King Street
                                    Wilmington, DE 19801
                                    (302) 571-6600
                                    agaza@ycst.com
                                    swilson@ycst.com

                                    *Attorneys for Chemo Research S.L., Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp.*

SO ORDERED this _____ day of _____, 2020.

                                    _____
                                                                J.