## THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC., and ARIUS TWO, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC., <br><br> *Defendants.* | Civil Action No. 18-1395-CFC |
| BIODELIVERY SCIENCES INTERNATIONAL, INC., and ARIUS TWO, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> *Defendants.* | Civil Action No. 1:19-cv-444-CFC |

## JOINT STIPULATION

This stipulation is made by and between Plaintiffs BioDelivery Sciences International, Inc. ("BDSI") and Arius Two, Inc. (collectively, "Plaintiffs"), Defendants Alvogen PB Research & Development LLC, Alvogen Malta Operations Ltd., Alvogen

Pine Brook LLC, Alvogen, Inc., and Alvogen Group, Inc. (collectively, "Alvogen"), and Defendants Chemo Research, S.L., Insud Pharma S.L., Intelgenx Corp., and Intelgenx Technologies Corp. (collectively "Chemo") (Alvogen and Chemo collectively referred to as "Defendants") (Plaintiffs, Alvogen, and Chemo collectively as "Parties" and individually each as "Party").

WHEREAS, as part of discovery in the above-captioned consolidated action, Plaintiffs produced to Defendants documents submitted to the FDA, i.e. Investigational New Drug Application No. 72,428 and New Drug Application No. 207932 set forth in Exhibit A.

WHEREAS, the Parties have met and conferred and have determined that stipulating to the authenticity pursuant to Rule 901 of the Federal Rules of Evidence and non-hearsay business record status pursuant to Rule 803(6) of the Federal Rules of Evidence of the documents set forth in Exhibit A will avoid significant and unnecessary burden and expense on each Party.

NOW THEREFORE, the Parties, by and through their respective undersigned counsel in the above-captioned consolidated case, and subject to the approval of the Court, stipulate and agree as follows:

1. The documents set forth in Exhibit A below are (a) authentic pursuant to Rule 901 of the Federal Rules of Evidence and (b) non-hearsay business records that satisfy all the elements of Rule 803(6) of the Federal Rules of Evidence.

2. The Parties reserve the right to object to the introduction into evidence of the above referenced documents (in whole or in part) on all other

grounds, including the admissibility of these documents for reasons other than challenging their authenticity under Rule 901 of the Federal Rules of Evidence, their non-hearsay status, or their satisfaction of the elements of Rule 803(6) of the Federal Rules of Evidence.

3. Except as expressly addressed herein, this stipulation does not affect the Parties' right to object to the admissibility of any other testimony, evidence, document, or thing under any ground(s) permitted by law.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*


July 14, 2020

HEYMAN ENERIO GATTSUO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Alvogen Defendants*


*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
agaza@ycst.com
swilson@ycst.com

*Attorneys for the Chemo Defendants*


SO ORDERED this ___ day of _____, 2020.


_____
UNITED STATES DISTRICT JUDGE

3

**EXHIBIT A**

| Production No. |
| --- |
| BEL00009469-BEL00009573 |
| BEL00010689-BEL00010707 |
| BEL00011440-BEL00011602 |
| BEL00014328-BEL00014345 |
| BEL00364625-BEL00364794 |
| BEL00135687-BEL00135878 |
| BEL00014722-BEL00014737 |
| BEL00047826-BEL00047860 |
| BEL00047887-BEL00047929 |
| BEL00053713-BEL00053719 |
| BEL00015333-BEL00015335 |
| BEL00053725-BEL00053728 |
| BEL00053729-BEL00053760 |
| BEL00053761-BEL00053836 |
| BEL00053837-BEL00053838 |
| BEL00058286-BEL00058287 |
| BEL00058288-BEL00058289 |
| BEL00058291-BEL00058292 |
| BEL00058408-BEL00058435 |
| BEL00036219 |
| BEL00052579 (native) |
| BEL00068394-BEL00068395 |
| BEL00054576-BEL00054809 |
| BEL00058682 (native) |
| BEL00054021 (native) |

| Production No. |
| --- |
| BEL00054022 (native) |
| BEL00054023-BEL00054309 |
| BEL00059559 (native) |
| BEL00059739-BEL00061145 |
| BEL00091067-BEL00091100 |
| BEL00421081-BEL00421236 |
| BEL00096779-BEL00096859 |
| BEL00096863-BEL00096868 |
| BEL00016043-BEL00018913 |
| BEL00014532-BEL00014721 |
| BEL00193535-BEL00193658 |
| BEL00015743-BEL00015812 |
| BEL00040734-BEL00040824 |
| BEL00040825-BEL00040906 |