IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC.,<br><br>*Defendants*. | C.A. No. 18-1395-CFC-CJB |
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP.,<br><br>*Defendants*. | C.A. No. 19-444-CFC-CJB |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING EXPERT DISCOVERY DEADLINES**

Plaintiffs and Defendants, subject to the approval of the Court, hereby stipulate and agree that the following expert discovery deadlines be amended as follows:

| Deadline[1] | Current[2] | New |
|---|---|---|
| **Rebuttal expert reports** | July 17, 2020 | July 24, 2020 |
| **Reply expert reports** | August 14, 2020 | August 21, 2020 |

The parties each reserve their rights to seek further relief from the Court regarding the schedules in the above-captioned cases.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*

HEYMAN ENERIO GATTSUO & HIRZEL LLP

/s/ *Dominick T. Gattuso*
Dominick T. Gattuso (No. 3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorney for Alvogen Pb Research & Development LLC, Alvogen Malta Operations Ltd., Alvogen Pine Brook LLC, Alvogen, Inc., and Alvogen Group, Inc.*

---

[1] For the *Chemo* action (C.A. No. 19-444), these expert report deadlines pertain to invalidity issues only. Trial concerning invalidity issues in the *Chemo* action is scheduled to begin on November 9, 2020 in coordination with the *Alvogen* action (C.A. No. 18-1395). D.I. 39 ¶ 24 in C.A. No. 19-444.

[2] *See* D.I. 126, 136, 142, & 147 in C.A. No. 18-1395; D.I. 167, 237, 245, & 249 in C.A. No. 19-444.

Young Conaway Stargatt & Taylor LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Chemo Research S.L., Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp.*

July 14, 2020

SO ORDERED this _____ day of _____, 2020.

_____
J.

3