# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
302 351 9106
jtigan@mnat.com

January 4, 2021

**VIA E-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *BioDelivery Scis. Int'l, Inc. v. Alvogen PB Res. & Dev. LLC*,
             C.A. No. 18-1395-CFC-CJB

Dear Judge Burke:

    Plaintiffs respectfully submit the enclosed unredacted version of the Opening Expert Report of Dr. Smyth Regarding Invalidity Pursuant to 35 U.S.C. § 112, cited as Exhibit 17 to Plaintiffs' Responsive Letter to Alvogen's Motion to Strike (D.I. 199), for the Court's *in camera* review.

                                Respectfully,

                                */s/ Jeremy A. Tigan*

                                Jeremy A. Tigan (#5239)

JAT/rs
Confidential Enclosure Submitted for *In Camera* Review
cc:    Counsel of Record (via electronic mail w/o enclosure)