IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIODELIVERY SCIENCES INTERNATIONAL, )
INC. and ARIUS TWO, INC., )
)
                Plaintiffs, )
) C.A. No. 18-1395 (CFC)(CJB)
v. )
)
ALVOGEN PB RESEARCH & DEVELOPMENT )
LLC, ALVOGEN MALTA OPERATIONS LTD., )
ALVOGEN PINE BROOK LLC, ALVOGEN, )
INC., and ALVOGEN GROUP, INC., )
)
                Defendants. )
)

## STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the schedule for the parties' post-trial submissions be modified as follows:

| Submission | Current Due Date | Proposed Due Date | Length of Submission |
|---|---|---|---|
| Defendants' Proposed Findings of Fact | March 24, 2021 | March 30, 2021 | 12,500 words |
| Defendants' Opening Brief | March 24, 2021 | March 30, 2021 | 12,500 words |
| Plaintiffs' Response to Defendants' Findings and Proposed Findings of Fact | April 14, 2021 | April 26, 2021 | 12,500 words |
| Plaintiffs' Responsive Brief | April 14, 2021 | April 26, 2021 | 17,500 words |
| Defendants' Reply Brief | April 28, 2021 | May 10, 2021 | 5,000 words |

1

| Final Set of Exhibits | May 6, 2021 | May 13, 2021 | Two sets of hard copies (with a list of exhibits); one set of electronic copies (with searchable exhibits) |
|---|---|---|---|

Dated: March 23, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants*

IT IS SO ORDERED this 24th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE

2