HOIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 18-1395 (CFC) |
| ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**[~~PROPOSED~~] ORDER**

Having considered Plaintiffs' Motion to Strike, **IT IS HEREBY ORDERED**

this _21st_ day of _September_, 2021 that:

1.  Plaintiffs' Motion to Strike is GRANTED; and

2.  The following are STRICKEN:

    • Defendants' legal defenses of inherency, anticipation, and
      inequitable conduct that appear at pages 4, 33-36, 38-39, 40-41,
      45 & n.21, 46, 51-52, of Defendants' Post-trial opening brief and
      at pages 2, 4, 8, 10, 13-15, 22-23 of Defendants' Reply brief;

    • Defendants' proposed findings 19, 94 & n.3, and 141; and

- 1 -

- Defendants' reliance on documents not admitted into evidence: (1) U.S. Patent No. 6,159,498 in support of their additional inequitable conduct arguments; and (2) the IPR document cited in Defendants' finding of fact 94 & n.3 and relied on at page 27 of Defendants' Post-trial brief.

UNITED STATES DISTRICT JUDGE