IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOEN ALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC.,<br><br>Defendant. | Civil Action No. 18-1395-CFC |

## ORDER

At Wilmington this Twentieth day of December in 2021:

**IT IS HEREBY ORDERED** that the parties shall submit no later than January 18, 2022 a proposed order by which the Court may enter final judgment consistent with the Opinion issued this day.

_____
CHIEF JUDGE