# United States Court of Appeals for the Federal Circuit

---

**ARIUS TWO, INC., BIODELIVERY SCIENCES INTERNATIONAL, INC.,**
*Plaintiffs-Cross-Appellants*

v.

**ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN, INC., ALVOGEN GROUP, INC.,**
*Defendants-Appellants*

---

2022-1394, 2022-1449

---

Appeals from the United States District Court for the District of Delaware in No. 1:18-cv-01395-CFC-CJB, Chief Judge Colm F. Connolly.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered December 21, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

February 10, 2023  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court