# United States Court of Appeals for the Federal Circuit

---

**ARIUS TWO, INC., BIODELIVERY SCIENCES INTERNATIONAL, INC.,**

*Plaintiffs-Cross-Appellants*

v.

**ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN, INC., ALVOGEN GROUP, INC.,**

*Defendants-Appellants*

---

2022-1394, 2022-1449

---

Appeals from the United States District Court for the District of Delaware in No. 1:18-cv-01395-CFC-CJB, Chief Judge Colm F. Connolly.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

FOR THE COURT

December 21, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court